UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ADKISON GLAZING SERVICES LLC, et al.,<br><br>Defendants. | CASE NO. C19-28 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Per the Status Report filed by the parties on July 5, 2019 (Dkt. No. 17), the Court orders the following:

IT IS ORDERED that the parties will be given until **July 19, 2019** to achieve settlement and effectuate settlement by filing such further papers with the Court as may be required.

IT IS FURTHER ORDERED that, if settlement cannot be achieved, Plaintiffs have until **August 2, 2019** within which to file a motion for default judgment against the remaining defendants.

The clerk is ordered to provide copies of this order to all counsel.

Filed July 9, 2019.

                                        William M. McCool
                                        Clerk of Court

                                        s/Paula McNabb
                                        Deputy Clerk