Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN GLAZIERS RETIREMENT FUND; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE WASHINGTON CONSTRUCTION INDUSTRY SUBSTANCE ABUSE PROGRAM; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; WESTERN WASHINGTON GLAZIERS ORG FUND; WESTERN WASHINGTON GLAZIERS MRP; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5, <br><br> Plaintiffs, <br><br> vs. <br><br> ADKISON GLAZING SERVICES, LLC, a Washington limited liability company; WILLIAM P. ADKISON and APRIL M. ADKISON, individually and the marital community comprised thereof; and WESTERN SURETY CO., a South Dakota corporation, <br><br> Defendants. | Case No. 2:19-cv-00028-MJP <br><br> **JUDGMENT** |

Based upon the stipulated motion of the parties, judgment is hereby entered as follows:

Judgment
(Case No. 2:19-cv-00028-MJP)

1

**SUMMARY OF JUDGMENT**

1. Plaintiffs: Board of Trustees of the Employee Painters' Trust;
Board of Trustees of the Western Glaziers Retirement Fund;
Board of Trustees of the District Council No. 5 Apprenticeship and Training Trust Fund;
Board of Trustees of the Washington Construction Industry Substance Abuse Program;
Board of Trustees of the Painters and Allied Trades Labor-Management Cooperation Initiative;
Western Washington Glaziers Org Fund; Western Washington Glaziers MRP; and
International Union of Painters and Allied Trades District Council No. 5

2. Defendant: Adkison Glazing Services, LLC, a Washington limited liability company

3. Delinquent Contributions: $20,772.10

4. Liquidated Damages: $2,979.31

5. Pre-Judgment Interest: $2,172.54

6. Attorneys' Fees and Costs: $19,316.96

7. Total Judgment Amount: $45,240.91

8. Post-Judgment Interest: On the delinquent contributions, at the rates fixed by the applicable Trust Agreement until paid;
On all remaining judgment amounts, at the rate fixed under 28 U.S.C. § 1961.

9. Attorneys for Plaintiffs: Michael A. Urban, WSBA No. 20251
Sean W. McDonald, WSBA No. 42541
THE URBAN LAW FIRM

10. Attorney for Defendant: VanNoy Culpepper, WSBA No. 11565

Pursuant to the Parties' Stipulated Motion for Entry of Judgment, and the Court having considered the pleadings on file, and otherwise being generally advised, it is hereby

Judgment
(Case No. 2:19-cv-00028-MJP)

2

ORDERED that Plaintiffs be awarded Judgment as follows:

(1) against Adkison Glazing Services, LLC, for recovery of delinquent fringe benefits contributions in the amount of $20,772.10; liquidated damages in the amount of $2,979.31; pre-judgment interest in the amount of $2,172.54, and Plaintiffs' attorney's fees and costs in the amount of $19,316.96, for a total of $45,240.91;

(2) Post-judgment interest on the delinquent contributions shall accrue at the rates fixed by the applicable Trust Agreement until paid;

(3) Post-judgment interest on all remaining judgment amounts shall accrue at the rate fixed under 28 U.S.C. § 1961.

IT IS FURTHER ORDERED that claims against the remaining defendants having been dismissed, this judgment is hereby entered immediately and constitutes the final judgment of the Court in this case.

IT IS FURTHERED ORDERED that the Clerk of Court is directed to close this case.

Dated this _24th__ day of July, 2019.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

**THE URBAN LAW FIRM**

*s/ Sean W. McDonald*
Sean W. McDonald, WSBA No. 48542
720 N. 10th Street, A #389
Renton, WA 98057
P. (702) 968-8087; F. (702) 968-8088

Judgment
(Case No. 2:19-cv-00028-MJP)

3

1. smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

3. 142762

Judgment
(Case No. 2:19-cv-00028-MJP)